450 A.2d 1035

Commonwealth v. Edwards, Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

 Submitted December 15, 1981. Joel Harvey Slomsky, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.